UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:05-CR-12 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| JEFF WEBB ) | |
| ) | |

## ORDER

Before the Court is Defendant Jeff Webb's motion to reduce sentence due to the United States Sentencing Commission's crack retroactivity amendment (Court File No. 38). The Court has reviewed the Probation Office's memorandum regarding retroactivity, along with Defendant's motion and the United States' response in opposition.

Because Defendant was sentenced to the statutory minimum sentence of 60 months, a change in the sentencing guidelines cannot affect his sentence. It cannot drop any lower than 60 months. Accordingly, the Court **DENIES** Defendant's motion for a reduction (Court File No. 22).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**